# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:    2:10CR00042-05-MCE |
| DARYL RICHARD SMITH | ) |
| | ) USM No:   68867-097 |
| Date of Original Judgment:          05/16/2013 | ) |
| Date of Previous Amended Judgment: | ) David Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of     ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and
the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in
the last judgment issued)* of _____70_____ months **is reduced to** _____57_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ____5/16/2013____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:      6/9/2015

_____
*Judge's signature*

Effective Date:    11/1/2015                MORRISON C. ENGLAND, JR., CHIEF DISTRICT JUDGE
_____
*(if different from order date)*                *Printed name and title*